## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **JORGE TELLO** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **V.** | § | **CIVIL ACTION NO.  3:21-cv-02808-B** |
| | § | |
| | § | |
| **PENNYMAC LOAN SERVICES, LLC** | § | |
| | § | |
| **Defendant.** | § | |

### JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1), JORGE TELLO ("Plaintiff") and

PENNYMAC LOAN SERVICES, LLC. ("Defendant") hereby stipulate to the dismissal of all

claims filed against Defendant in the above-styled action.


Respectfully submitted,


*/s/ D. Kimberli Wallace*
D. Kimberli Wallace
Texas Bar No. 00792901
D. KIMBERLI WALLACE, PLLC
1560 E. Southlake Blvd
Suite 100
Southlake, TX  76092
Tel. (817) 745-4581
Fax (817) 953-7000
Email: kwallace@kwlawfirm.net

**ATTORNEYS FOR PLAINTIFF**

*/s/ Elizabeth K. Duffy*
Thomas G. Yoxall
Texas Bar No. 00785304
tyoxall@lockelord.com
Matthew K. Hansen
Texas Bar No. 24065368
mkhansen@lockelord.com
Elizabeth K. Duffy
Texas Bar No. 24050535
eduffy@lockelord.com
**LOCKE LORD, LLP**
2200 Ross Avenue, Suite 2800
Dallas, TX 75201
Telephone: (214) 740-8000
Telecopy:   (214) 740-8800

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I certify that November 19, 2021, a true and correct copy of the foregoing pleading has been furnished to all counsel of record, in accordance with the Federal Rules of Civil Procedure.

*/s/ D. Kimberli Wallace*
D. Kimberli Wallace
Attorney for Plaintiff